*Pro Se 7 2016*

FILED (DROP BOX)

JAN 13 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Karl E. Seuring<br>POB 2221<br>Kirkland, WA 98083-2221,<br>Plaintiff(s),<br>v.<br>21Air, LLC<br>3650 NW 82nd Ave<br>Doral, Florida 33166,<br>Defendant(s). | CASE NO. ______________<br>[to be filled in by Clerk's Office]<br>COMPLAINT FOR EMPLOYMENT DISCRIMINATION<br>Jury Trial: ☑ Yes ☐ No |

FILED
Western District of Washington
at Seattle
JAN 13 2023
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Karl Seuring |
| Street Address | 721 4th Ave POB 2221 |
| City and County | Kirkland KING |
| State and Zip Code | WA 98083 |
| Telephone Number | 206.669-8000 |

B. Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Mr. Anthony Tirri |
| Job or Title *(if known)* | Chief Pilot |
| Street Address | 3650 NW 82nd Ave, Suite 407 |
| City and County | Doral MIAMI-DADE |
| State and Zip Code | Florida 33166 |
| Telephone Number | 786.254-6521 |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 4

Name ____________________

Job or Title *(if known)* ____________________

Street Address ____________________

City and County ____________________

State and Zip Code ____________________

Telephone Number ____________________

C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

Name Karl Seuring

Street Address 17456 NE 40th Place

City and County Redmond KING

State and Zip Code Washington 98083

Telephone Number 206.669-8000 (m)

## II. BASIS FOR JURISDICTION

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.
*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:

Wrongful Termination for review RLA System Board of Adjustment 45 U.S.C. 152 First & Second

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

I am the elected president of the 21Air Pilot's Association, wrongly terminated for a Whistle Blower case previous adjudicated with Delta Air Lines. My case did not burden shift to the ADAAA elements triggering the alleged sick leave abuse and travel benefits lost.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.

☐ Other acts *(specify)*: ______

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Pre-employment Dec. 7, 2021 & Jan. 5 & Jan 20, 2022. Jul. 15, 2022 via Letter of Termination.

C. I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.

☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐ race ______

☐ color ______

☐ gender/sex ______

☐ religion ______

☐ national origin ______

☐ age *(year of birth)* ______ *(only when asserting a claim of age discrimination.)*

☑ disability or perceived disability *(specify disability)*

Cubital tunnel, Left Arm. Recurring pain, wrist & lower back from fall.

E. The facts of my case are as follows. Attach additional pages if needed.

21Air, LLC lacked a formal process for ADAAA pre-employment screening. See summary below.

Discusssions with the 1998 Injury from Delta were informal and OJI based about the ALPA award.

FAA recertifies my Class I medical twice each year. I continue to disclose. I do not violate CFR 61.53.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

I first established my known impairment for the 2013-2017 recurring pain in the Workman's Compensation (OJI) claim at Delta Air Lines. The pretextual basis for Delta's 2017 termination referenced by Respondent is noticed by 21Air, LLC's termination letter. I previously reported this.

Upon notice, 21Air, LLC did not provide an ADAAA interactive process and failed to offer a reasonable accommodation for my known impairment. The FAA was advised bi-yearly of the Delta Air Line's disability award with ALPA. I disclosed the Delta medical information from the contract to 21Air, LLC.

## IV. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

Termination occured on Jul. 15, 2022. RTS letter issued on Dec. 15, 2022 from Seattle EEOC Office.

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)*
Dec. 15, 2022.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

Reinstatement of position at 21Air, LLC. I was home based in Redmond.

21Air provided transfers to SeaTac for a flight out to where the aircraft is.

I was scheduled to return as B767 Captain for this air cargo airline.

## VI. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/12/23

Signature of Plaintiff [signature]

Printed Name of Plaintiff Karl E. Seuring

Date of signing: ______

Signature of Plaintiff ______

Printed Name of Plaintiff ______

Date of signing: ______

Signature of Plaintiff ______

Printed Name of Plaintiff ______