Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARL E. SEURING,<br><br>Plaintiff,<br><br>v.<br><br>21AIR LLC, et al.,<br><br>Defendants. | No. 2:23-cv-00072-RAJ<br><br>ORDER OF DISMISSAL |

The Complaint in this matter was filed on April 6, 2023. On October 24, 2023, the Court entered an order to show cause based on Plaintiff's failure to provide proof that service of process had been effectuated upon Defendants as required by Fed. R. Civ. P. 4(m). Dkt. # 11.

There being no response by Plaintiff and no showing that service has been effectuated on Defendants, this matter is dismissed without prejudice for failure to prosecute.

DATED this 16th day of November, 2023.

The Honorable Richard A. Jones
United States District Judge